Stephen B. Coleman (State Bar #021715)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, AZ 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Steve@PierceColeman.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DONNA CATTANACH,<br><br>    Plaintiff,<br><br>v.<br><br>MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT,<br><br>    Defendant. | Case No: _____<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and LRCiv 3.6 of the Local Rules of Civil Procedure of the United States District Court for the District of Arizona, Defendant Maricopa County Community College District (the "District") files this Notice of Removal for the following reasons:

1.  A civil action has been commenced against the District and is now pending in the Superior Court of Arizona, Pima County, Case No. C20223372 with the above caption.[1]

---

[1] Prior versions of Plaintiff's Complaint listed the following individuals as defendants in the caption: Dr. Deric Hall, Melinda Caraballo, and Dr. Samantha Crandall. However, these individuals were removed from the version of the Complaint that was served on the District.

1

2.  Pursuant to LRCiv 3.6(b), the following documents are attached as Exhibit A:

- Application for Deferral of Court Fees (filed August 13, 2022);
- Demand for Jury Trial (filed August 13, 2022);
- Emails re Age Discrimination (filed August 13, 2022);
- FASTAR Certificate (filed August 13, 2022);
- Civil Cover Sheet (filed August 13, 2022);
- Civil Complaint (filed August 13, 2022);
- Amended Demand for Jury Trial (filed August 13, 2022);
- Summons, as to Maricopa County Community College District, Dr. Deric Hall, Dr. Samantha Crandall (issued August 15, 2022);
- Amended Civil Complaint (filed August 17, 2022);
- Email Evidence (filed August 17, 2022);
- Amended Summons (filed August 20, 2022);
- Amended Complaint (filed August 20, 2022:
- Notice of Impending dismissal (filed October 18, 2022);
- Motion for More Time to Serve Other Party (filed November 14, 2022);
- Order re More Time to Serve Other Party (filed November 15, 2022);
- Notice of Appearance of Stephen B. Coleman (filed December 23, 2022.

3.  Pursuant to LRCiv. 3.6(b), the undersigned counsel verifies that, to the best of his knowledge and belief, the documents attached as Exhibit A to this Notice of Removal are true and complete copies of all pleadings and other documents filed in the state court proceeding.

4.  On December 8, 2022, Plaintiff served the District with a version of the Complaint dated November 3, 2022.  Undersigned counsel could not locate the November 3, 2022 Complaint on the docket for the Pima County Superior Court.  Thus, it appears that Plaintiff did not file this version of the Complaint.  Copies of the November 3, 2022 Complaint and December 6, 2022 Summons are attached hereto as Exhibit B.

5.  This Notice of Removal is being filed within thirty (30) days of service of the Summons and Complaint and, therefore, is timely under 28 U.S.C. § 1446(b).

6.  This is an action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and which is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the action involves a federal question.  Plaintiff's Complaint asserts causes of

action under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the Americans with Disabilities Act.

7.  Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.6(a), the District is contemporaneously filing a Notice of Filing of Removal with the Clerk of the Superior Court, Pima County, a copy of which is attached as Exhibit C. The District has also on this date given written notice of this filing to Plaintiff pursuant to 28 U.S.C. § 1446(d).

8.  The undersigned counsel certifies that the District has consented to the removal of this action to federal court.

For the foregoing reasons, the District hereby removes this action from the Pima County Superior Court to the United States District Court for the District of Arizona.

RESPECTFULLY SUBMITTED this 28th day of December 2022.

**PIERCE COLEMAN PLLC**

By /s/ Stephen B. Coleman
  Stephen B. Coleman
  7730 E. Greenway Road, Suite 105
  Scottsdale, Arizona 85260
  *Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and caused a copy to be mailed to the following:

Donna Cattanach
9901 N. Oracle Rd. Apt 8108
Oro Valley, Arizona 85704
Defendant Pro Per

By: /s/ Mary Walker

3