# EXHIBIT A

Person Filing: DONNA CATTANACH_____

Address (if not protected): 9901 N ORACLE RD. APT 8108_____

City, State, Zip Code: ORO VALLEY,  PIMA COUNTY 85704_____

Telephone: 917-806-2616_____

Email Address: DLCATT@HOTMAIL.COM_____

Representing [ XX]  Self or [  ] Lawyer for _____

Lawyer's Bar Number: NA_____

For Clerk's Use Only

# <u>SUPERIOR</u> COURT OF ARIZONA
# IN.  PIMA  COUNTY

DONNA L. CATTANACH_____

Name of Petitioner/Plaintiff

Case Number: _____

-vs-

MARICOPA COUNTY COMMUNITY
COLLEGE DISTRICT_____

Name of Respondent/Defendant

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

---

**NOTICE**

- A **Fee Deferral** is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income.
- A **Fee Waiver** is usually permanent unless your financial circumstances change during the course of this court action.
- You must attach the **required proof** when filing your Application. If you do not attach the required proof, you **must** complete the financial questionnaire in section 5.
- In the Application, "I" and "you" refer to either the "Applicant" (in all case types, except for probate) or the "Estate/Ward/Protected Person" (in probate cases).

---

1. **What kind of case do you have?**

    [ ] Child Support/Family Law                    [ ] Injunction Against Harassment

    [XX ] Civil/Tax (e.g., Garnishment, Name Change)    [ ] Probate

    [ ] Eviction

2. **FOR PROBATE CASES ONLY: My interest in the case is: (check one box)**

    [ ] Petitioner for Appointment of a Guardian/Conservator for an Adult or a Minor

    [ ] Petitioner for Appointment of a Personal Representative for the Estate

    [ ] Petitioner for Appointment of a Guardian of a Minor

    [ ] Creditor filing a Demand for Notice

Case Number: _____

[ ] Other (describe): _____

**3.  I cannot pay the <u>following fees and costs</u> in my case:**

[X] Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

[ ] Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.*

[ ] Fees for service by publication.*

[ ] Filing fees and photocopy fees for the preparation of the record on appeal.

[ ] Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

---

**\*NOTE:** To defer or waive fees for <u>service of process</u> or for <u>service by publication</u>, you must also complete the **Affidavit in Support of Application for Deferral or Waiver of Service of Process Fee** form (Form No. AOCDFGF3F).

---

**4.  I am requesting a deferral or waiver of fees and costs in my case <u>because</u>:**

A.  [ ] I receive government assistance from the federal Supplemental Security Income (SSI) program.*

[ ] I have attached the required **proof** that I participate in the **Supplemental Security Income program**. The proof shows <u>my name as the benefit's recipient</u> and the <u>name of the agency that provides the benefit</u>.

🛑 (If you have attached proof, you do not need to complete the financial questionnaire in section 5.)

*Supplemental Security Income (SSI) is **NOT** the same as regular retirement benefits from the Social Security Administration or Social Security Disability Insurance (SSDI)*

**OR**

B.  [ ] I receive government assistance from the state or federal program marked below:

[ ] Temporary Assistance to Needy Families (TANF)

[ ] Food Stamps

[ ] I have attached the required **proof** that I participate in a **government assistance** program. The proof shows <u>my name as the benefit's recipient</u> and the <u>name of the agency that provides the benefit</u>.

🛑 (If you have attached proof, you do not need to complete the financial questionnaire in section 5.)

Case Number: _____

**OR**

C.  [  ] I receive legal assistance from a non-profit legal aid program.

> [  ] I have attached the required **proof** that I receive legal assistance from a **non-profit legal aid program**. The proof shows <u>my name as the recipient</u> and the <u>name of the legal aid provider that provides the assistance.</u>
>
> 🛑 (If you have attached proof, you do not need to complete the financial questionnaire in section 5.)

**OR**

D.      My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of your spouse or domestic partner's income if available to you.) *(See the Poverty Levels Chart in 4(H) to determine if your income is 150% or less of the poverty level.)*

**OR**

E.  [  ] I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life <u>and are unlikely to change in the foreseeable future</u>.

**OR**

F.  [ XX ] I do not have the money to pay court filing fees and costs now. I can pay the filing fees and costs at a later date. Explain. JOB HUNTING CURRENTLY _____
_____

**OR**

G.  [  ] My income is greater than 150% of the poverty level, but I have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level. *(See the Poverty Levels Chart in 4(H) to determine if your income is 150% or less of the poverty level.)*

**DESCRIPTION OF EXTRAORDINARY EXPENSES**                    **AMOUNT**

_____                    _____

Case Number: _____

**POVERTY LEVELS CHART.** The chart below lists the gross monthly income levels at 150% of the current federal poverty levels based on **household size**. Household size is the number of related individuals living in your home, including yourself, that you support financially. Use the chart to determine the poverty levels based on your household size and whether your gross monthly income is less than, or more than, 150% of the poverty levels.

| Household Size (all related individuals) | Gross Monthly Income Level - 150% |
|---|---|
| 1 | $1,699 |
| 2 | $2,289 |
| 3 | $2,879 |
| 4 | $3,469 |
| 5 | $4,059 |
| 6 | $4,649 |
| 7 | $5,239 |
| 8 | $5,829 |

**5.  FINANCIAL QUESTIONNAIRE**

> **You must complete the financial questionnaire unless you have attached the proof required in section 4(A) for SSI, 4(B) for government assistance, or 4(C) for non-profit legal aid program.**

A.  How many people, including yourself, do you support financially (including those you pay child support or spousal maintenance for)? _____1_____

List relationship of those you support and check those living with you:

☐_____   ☐_____   ☐_____   ☐_____

☐_____   ☐_____   ☐_____   ☐_____

B.  Do you have a job? [ ] Yes   [ XX ] No
Employer name: _____
Employer phone number: _____

C.  What is your approximate **gross monthly income (total income before deductions)**?                                                                        $2311_____

D.  What is your approximate **monthly take home pay (total income after deductions)**?                                                                        $2311_____

E.  Do you have income from the following sources?
[XX] social security                [ ] disability                [ ] veteran's benefits
[ ] unemployment benefits        [ ] spousal or child support
[ ] investments                    [ ] other: _____

- What is your approximate **total gross monthly income** from these sources? $2311_____

Case Number: _____

- What is your **spouse or domestic partner's approximate total gross monthly income** from all sources readily available to you?   $_____0_____

F. What is the approximate **total balance of bank and credit union accounts** accessible without financial penalty?   $_____-55_____

G. What are your **average total monthly expenses**, including rent/mortgage, utilities, vehicle/transportation, credit cards, insurance, medical/dental, child support, childcare, spousal maintenance, tuition, or other expenses?   $   2311_____

_____

## CONSENT TO ENTRY OF JUDGMENT

**By signing this Application, I agree that a consent judgment may be entered against me for all fees or costs that are deferred but remain unpaid 30 calendar days after entry of the final judgment, decree, or order unless I establish a payment plan and make timely payments, or I submit a Supplemental Application and the court has not made a ruling on it.**

        DLC___   (Applicant's initials)

You will receive a **Notice of Court Fees and Costs Due** from the court indicating (1) how much is owed and (2) what steps to take to avoid a consent judgment against you.

NOTE: You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

If you are asking for deferral or waiver for service of process costs, or service by publication costs, you must complete the **Affidavit in Support of Application for Deferral or Waiver of Service of Process Fee** form (Form No. AOCDFGF3F).

## OATH OR AFFIRMATION FOR APPLICATION FOR DEFERRAL OR WAIVER
## OF COURT FEES AND COSTS

I declare under penalty of perjury that I have read the above statements and to the best of my knowledge and belief these statements are true and correct.

_Donna Cattanach_

Date____JULY 25,  2022_____

Applicant's Signature

Case Number: _____

DONNA CATTANACH_____
Applicant's Printed Name

Person Filing: <u>Donna Cattanach</u>

<u>           </u>

Address (if not protected)9901: <u>9901 N ORACLE RD    APT 8108</u>

City, State, Zip Code: ORO VALLEY, AZ. 85704<u>      </u>

<u>    </u>

Telephone: <u>  917 806 2616           </u>

<u>    </u>

Email Address: <u>DLCATT@HOTMAIL.COM      </u>

Representing [XX] Self or [  ] Attorney for <u>        </u>

Lawyer's Bar Number: <u>    N/A         </u>

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
## IN <u>      PIMA      </u> COUNTY

<u>DONNA CATTANACH      </u>

**Name of Plaintiff**

<u>MARICOPA COUNTY COMMUNITY</u>

<u>COLLEGE DISTRICT      </u>

**Name of Defendant**

**Case Number**: <u>               </u>

**PLAINTIFF'S DEMAND for**

**JURY TRIAL**

Plaintiff, <u>   DONNA CATTANACH        </u> (*Name of Plaintiff*), demands a trial by jury in this case. If this case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal from that compulsory arbitration.

**Dated this** <u>  08/13/2022          </u>.

<u>    </u>

*Donna Cattanach*

<u>                  </u>

       (Date of signature)            (Signature of Plaintiff or Plaintiff's Attorney)

D. Cattanach
9901 N Oracle Rd
#8108
Oro Valley AZ  85704


This Word document represents my Response (as the EEOC Charging party)
to the following parties (MCCCD-Phoenix College-Learning Commons(LC)-Samantha Crandall,
Manager).

Of course, you would have noted how odd it was to receive an EEOC Age Discrimination
Charge with no supporting documentation to address allegations raised re: my behavior.!
Simply said, there was an emergency situation and an ensuing oversight. This oversight led  to
the omission of all my supporting evidence.  My documentation details "Why" I was motivated
to pursue an EEOC Charge and resign from Phoenix College.


**FIRST POINT.**     Allegation of   "…not knowing and flouting Learning Common's Tutoring
Rules by assisting. Student Abbas with quizzes and tests."

 I was hired and started working on Nov 17th 2016.  (I took about 1.5 year break to study Data
Science leaving my ESL Writing position in May 30, 2019 but started work back at Phoenix
College Nov 2, 2020 until Nov 24 2021.)
Would you rationally propose that I didn't know the Learning Commons "Rules" without any type
of investigation or evidence presented?  I don't think so. Of course, I knew the "Rules."

Mid to late January 2021, I had just finished a tutoring session with Abbas. Then, Erin Cherry or
Arielle asked in chat where Samantha was. They hadn't been able to reach her. I thought the
timing was odd since I'd just finished with Abbas.  A few days later, I was tutoring Abbas in a
breakout room. I heard the Desk cut into the breakout room indicating to me that Erin/Arielle were
coming into the Main Tutoring Room chat. I closed down the breakout room and returned to the
main Tutoring Room.  Odd again, I figured something was wrong.

Days later, early February 2021, Anne Crowley asked to speak with me.  She started our
conversation with a refresher on the Quiz and Test rules of the Learning Commons. I was both in
a state of disbelief and anger. Anna knew to cool down my anger with unrelated topics. I said
that I felt that Erin/Arielle were going behind my back to her and Samantha in order "to report"
me working on quizzes with Abbas.  As a parting word, Anna let me know that it was Samantha
who had asked her to speak with me on this topic.

Next Samantha, in late February, sent out the typical notice for a staff meeting.  But, this time,
she, for the first time in a staff meeting email,  high-lighted the need to repeat the Quiz and Test
rules. She indicated the need to clarify the issue as certain employees had asked about it.  I was

furious.  To me, virtually all her behavior on this "Rules" topic was text-book "How to Build a Paper Trail" instructions. I wrote Samantha to request a meeting. I believe she first said to talk with Anna. When I insisted on a meeting with her, she agreed to a Zoom meeting on or about The final point I want to make involves a CHAT conversation with ERIN CHERRY.  ==YOU CAN GET THE CHAT WITH A NAME AND DATE RANGE SEARCH.==
IN Writing Lab chat room.  I asked Erin if she really thought Abbas was pulling these tricks to get  to Tutors to do her Quizzes/Tests.  Listen !
Erin typed in the effect that OH, YEAH, ABBAS HAS BEEN TRYING THIS FOR TWO YEARS. ==Those tutors knew for 2, two, 2 years Abbas had been a problem and instead of telling me to beware of Abbas ---- Erin/Arielle went behind my back to Anna and Samantha ???==


March 11th 2021. During the meeting with Samantha Crandall, she didn't address nor respond to my "Rules" concerns which I had told her via email were impacting me adversely.

==Sam,==

==I need to put this Quiz business to bed.==
== I need to talk with you, Anna, and Patti.==
==Maybe a zoom meeting ?==

==I was Very Angry about this issue.==
==I think back in January. I let go.==


==Last week I was FURIOUS....==
==Then, the staff meeting email with==
==the quiz note....well that told me it was==
==time to take action and speak with you all.==

==Let me know a convenient Time to Meet..==
==I really want Anna and Patti to be there, but==
==if it doesn't work, perhaps you and I can talk==
==it out.==

==Many thanks,==
==Donna==


==donna cattanach==
==Tue 3/9/2021 9:28 AM==



**From:** Sam Crandall <samantha.crandall@phoenixcollege.edu>
**Sent:** Tuesday, March 9, 2021 9:06 AM
**To:** donna cattanach <dlcatt@hotmail.com>
**Subject:** Re: Quizzes

Hi Donna,

Thanks for reaching out to me.  Please know the quiz note in my message was not directed to one person in particular.  There have been several tutors and check-in staff members who wanted more clarity on what the policy is, so the note truly was intended as a reminder for all of us to be on the same page.  best Anna has been in one-on-one communication with some folks on our staff about quizzes, so I think she is going to be the person for you to discuss your concerns with.  I would still be more than happy to meet with you but am unfortunately not available until Thurs morning.  Please let me know your preference.

Much appreciated,
-Sam

☐

To:

• samantha.crandall@phoenixcollege.edu

Hi,  Thanks your timely response.

My preference is to speak with you on Thursday morning.   Let me know a convenient time for you; I'll be there.

Although the quiz note was general in nature, the quiz issue has adversely impacted me.  I want to make sure you are aware of my concerns.

Thanks,
Donna
☐
Reply
Forward

You can see from my high-lighted emails that this Quiz Issue had gone on for 3, three, 3 months.  From January 2021 to March 2021. Enough !

I do INSIST you folks in HR, get a savvy technician to retrieve the Zoom meeting on March 11, 2021 between myself and Samantha. You will be able to discern exactly what transpired.

Retrieval is not rocket science, BE IT ZOOM OR PC CHAT or LEARNING COMMONS COLLEGE RECORDS My dates will guide A technician to the proper timeframe AND with NAME(S) to use for a search.


**SECOND POINT.**  NOT BEING ASSIGNED STUDENTS TO WORK WITH.

I DO INSIST YOU FOLKS IN HR GET LEARNING COMMONS LOGS OF TUTORS AND THE ASSIGNMENT OF STUDENTS.   Look for my name. Compare the frequency of my name, with for example, Virginia Anders or Kathryn Greene, Arielle Soto.  You won't find my name very often.  The Desk Assistants were skipping over me on a regular basis and for months.


I DID NOT RECEIVE ANY STUDENTS TO WORK WITH FROM 6/28  THROUGH 7/13.  SEE BELOW.

On Tue, Jul 13, 2021 at 1:02 PM Donna Cattanach <donna.cattanach@phoenixcollege.edu> wrote:
OK. Desk,

Why. Why,  are you not giving me
any students. ?

 Dr. Sam, Patti,Anna
asking the same question
Reply
Forward


**From:** Sara Olk <sara.olk@phoenixcollege.edu>
**Sent:** Tuesday, July 13, 2021 11:53 AM
**To:** Donna Cattanach <donna.cattanach@phoenixcollege.edu>
**Subject:** Re: you were the only desk name I had...

Hi Donna,

I apologize for this morning - I was trying to conserve at least a couple of writing tutors for live tutoring and should've taken a closer look at the schedule before choosing who to ask.

Thank you for reaching out! It's very helpful for us to know that you would like morning writing lab submissions. We will do our best to distribute more of them to you when we can.

Thank you,



**Sara Olk**
(She/Her/Hers)
Desk Coordinator | Learning Commons
**Phoenix College | MARICOPA COMMUNITY COLLEGES**
1202 W. Thomas Road, Phoenix, AZ 85013
sara.olk@phoenixcollege.edu
https://www.phoenixcollege.edu/tutoring

**you were the only desk name I had...**
☐
donna cattanach
Tue 7/13/2021 12:22 PM

☐
☐
☐
☐

To:

- sara.olk@phoenixcollege.edu

I just sent an email.   But 6 days !   last assignment. 6/28  Yikes !

And no one told me anything ?  Not Good.

It's a closed issue now. Thanks for following up.

Donna
☐
Reply
Forward

==THIRD POINT.   "FRIVOLOUS, NAGGING HARASSMENT"==

Just as Samantha used Anna to speak to me about "Rules,"  she used Patti Blanco to deliver
frivolous harassment complaints.

Here's One.  I was spending too much time with students.  In one instance I had
To report to Samantha with the Time I had finished with a particular student.

HOWEVER, THERE WAS A LOG KEPT BY THE DESK, WHICH HAD THE DETAILS OF
WHEN A TUTOR STARTS WORKING. WITH A STUDENT AND WHEN A TUTOR SIGNS
BACK IN WITH THE DESK WHEN THE TUTOR COMPLETES A TUTORING SESSION.

AGAIN Human Resources, ==PLS. GET THE TUTOR/STUDENT LOGS.  CHECK VIRGINIA
ANDER'S TIME WITH STUDENTS---I DID, ALSO MARIO DEL CAMPO, ARIELLE SOTO.==
SAMANTHA'S  ALLEGATION HAS NO BASIS OR EVIDENCE  TO SUPPORT HER
CLAIM.

(MY FINAL NOTE: OF COURSE, I SPENT TIME WITH STUDENTS' WORK.  I HAD AN
ENGLISH TEACHING CERT., 18+ CREDIT HRS IN LITERATURE NOT TO MENTION AN
MBA IN FINANCE & QUANT.  YOU BET I HAD LOTS TO SAY TO  STUDENTS
COMPARED
TO OTHER TUTORS.)

1.  MSG:   RELATIVE TO SAM WANTING TO FIND/CHAT WITH ME ABOUT MY
    TIME WITH STUDENT.
2.  SEE BELOW IN YELLOW

==Donna Cattanach==

1.  ==As to Nicolas. Back Time 2:07==

FINAL COMMENT: RE: LAST YELLOW STATEMENT

On another issue Sam comments inappropriately with,
==While I certainly commend you on your creativity, I need you to please edit the original==
(MY OPINION:  THAT SARCASM IS NOT PROFESSIONAL NOR WARRANTED.)

am Crandall (via Google Chat) <chat-noreply@google.com>
Wed 11/10/2021 3:33 AM
To:

- don2069841@phoenixcollege.edu

Sam Crandall <samantha.crandall@mesacc.edu> messaged you on <u>Google Chat</u> while you were away

 **Donna Cattanach**
Got it...version was OK

 **Sam Crandall**
ok, glad it worked out

 **Donna Cattanach**


 **Sam Crandall**
Are you still online? No answer in the meet room

 ==**Donna Cattanach**==
==As to Nicolas. Back Time 2:07==

 **Sam Crandall**
Thank you

 **Donna Cattanach**


 **Donna Cattanach**
FYI, I finally set the 3 hrs for 11/01 i couldn't find a way to resubmit for 11/02 without getting that error msg. High Tech, Low Brain lol

 **Sam Crandall**
==While I certainly commend you on your creativity, I need you to please edit the original absence request, not create a new one on a different day==

 **Sam Crandall**
Make sure to go to View Requests on the left-hand-side

I LOCATED MY TEXT MSGS (NOT PHONE CALL) WITH PATTI BLANCO.

MSG:   PATTI ASKS ME TO PITCH IN COS WRITING LAB WAS SHORT STAFFED.
MY RESPONSE TEXTS EXPLAIN I WAS SICK WITH NAUSEA, MIGRAINE, AND
DIARRHEA

 AT IDEA OF HELPING OUT ESP. COS OF WAY SAM TREATED ME. PATTI SAID SAM
WAS NOT        INVOLVED.  HOWEVER.......
MY FINAL TEXT CORRECTED PATTI, I EXPLAINED HOW SAM, IN FACT, WAS
INVOLVED.

FOURTH POINT        AGE DISCRIMINATION

After I resigned 11/24/21,  I learned another employee also submitted their resignation due to
similar mistreatment as I received.  This individual was in the same age range as me.

**Sent:** Tuesday, November 16, 2021 10:42 AM
**To:** donna cattanach <dlcatt@hotmail.com>
**Subject:** Re: Resignation !!

Donna,
I truly felt bad for you. Sam wasn't much better to you. I really didn't know what the deal was. It
was like they were ganging up on you. Not working sounds soooo good!
☐
Donna,
I am just reading this at the end of my day on Monday and I will say, you have a lot going on!!!
You always did though. If you ask if I am getting happy...today, I think I finally hit my wall with
Sam. We were in an interview and she completely embarrassed me. We knew the person we
were interviewing and I guess I was a bit too familiar with her and Sam corrected me in front of
her. I was so embarrassed! I was to the point after that and did not add any comments. I have 3
more interviews to do with Sam and you know I will bite my tongue and say only what I have to
say. I thought it was going to be hard to leave the three ladies, but I don't really think so. I never
had much of a problem with Patti, but I told her she was probably getting my office and she said
it didn't fit Feng Shei!!!! Best of luck with the knee and Unemployment Benefits!!

LC Staff Meeting FA-2

When          Fri Oct 29, 2021 1pm – 3pm Mountain Standard Time - Phoenix

Where         Learning Commons (map)

Joining info   Join with Google Meet

              meet.google.com/fff-fhan-jmk


              Join by phone

              (US) +1 614-642-8378 (PIN: 440169043)

List of  tutors as of  October 2021


- Sam Crandall - creator
- Nancy Colla
- Anna Crowley
- Patti Blanco
- Blas Hernandez
- Ryan Jarr
- Fernando Angulo
- Jesse Canez
- Jose Carrillo
- Bryan Correa gomez
- Jim Haldenwang
- adam.minorczyk@phoenixcollege.edu
- Maria Herrera-Bill
- Virginia Anders
- Richard Saunders
- Bryson Largo
- Joel Garcia
- Son To
- Sandra Montero Villamizar
- Jacinda Kao
- Maha Jawad
- Aaron Rothenburger
- christina.garcia@phoenixcollege.edu
- Jamie Lopez
- Mario Martin Del Campo

- Kathleen Brown
- Greg Richardson
- Josette Garth
- Frank Nolan
- Errin Cherry
- Manny Chavez Garcia
- Charleyne Mcconnell
- Donna Cattanach
- Garret Nordmeyer
- Arielle Soto
- Mike Gri

PERSON/ATTORNEY FILING: Donna L Cattanach
MAILING ADDRESS: 9901 N Oracle Rd Apt 8108
CITY, STATE, ZIP CODE: Oro Valley, AZ 85704
PHONE NUMBER: (917)806-2616
E-MAIL ADDRESS: dlcatt@hotmail.com
[ ☒ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER:

FILED
Gary Harrison
CLERK, SUPERIOR COURT

8/13/2022 3:25:54 PM

BY: JAMES R. ORR /S/
DEPUTY

Case No. C20223372
HON. GREG SAKALL

## ARIZONA SUPERIOR COURT, PIMA COUNTY

Donna L Cattanach
Plaintiff(s),

V.

Maricopa County Community College
District DR. DERIC HALL, DR
SAMANTHA CRANDALL
Defendant(s).

**CASE NO**: _____

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b and certifies that this case:

## (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☐ **DOES** meet the eligibility criteria established by Rule 101b; or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

Donna L Cattanach /s/
_____
SIGNATURE

AZturboCourt.gov Form Set #7081179

FILED
Gary Harrison
CLERK, SUPERIOR COURT
8/13/2022 3:25:54 PM
BY: JAMES R. ORR /S/
DEPUTY

# In the Superior Court of the State of Arizona
# In and For the County of Pima

Case No. C20223372

HON. GREG SAKALL

**Filer Information:**

Donna L Cattanach

9901 N Oracle Rd Apt 8108

Oro Valley, AZ 85704

Telephone Number: (917)806-2616

Email address: dlcatt@hotmail.com

**Plaintiff:**

Donna L Cattanach

9901 N Oracle Rd Apt 8108

Oro Valley, AZ 85704

Telephone Number: (917)806-2616

Email address: dlcatt@hotmail.com

**Defendant:**

Maricopa County Community College District DR. DERIC HALL, DR SAMANTHA CRANDALL

2411 W. 14th St.

Tempe, AZ 85281

Discovery Tier t3

Amount claimed $300,000.00

Case Category: Other Civil Case Categories

Case Subcategory: Employment Dispute - Discrimination

AZTurboCourt.gov Form Set #7081179

Person Filing: <u>Donna Cattanach</u>
Address (if not protected): <u>9901 N Oracle Rd. Apt 8108</u>
City, State, Zip Code: <u>Oro Valley, AZ 85704</u>
Telephone:   <u>917-806-2616</u>
Email Address: <u>dlcatt@hotmail.com</u>
Representing [ XX ] Self or [  ] Attorney for _____
Lawyer's Bar Number:  N/A_____

FILED
Gary Harrison
CLERK, SUPERIOR COURT
8/13/2022 3:25:54 PM
BY: JAMES R. ORR /S/
DEPUTY
Case No. C20223372
HON. GREG SAKALL

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
## IN _____ PIMA _____ COUNTY

Donna Cattanach
**Name of Plaintiff**

**Case Number:** _____

**Title: CIVIL COMPLAINT**

Maricopa County Community College
District (MCCCD)
Dr. Deric Hall, Melinda Caraballo,
Phoenix College-Dr. Samantha Crandall
**Name of Defendant**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

**JURISDICTION and VENUE**

1.     The Superior Court in   PIMA County has the legal authority to hear and decide this case because:
       *(Check all boxes that are true.)*

       [ XX ]   The value of this case exceeds $10,000 dollars.

       [  ]     Replevin or other nonmonetary remedy will take place in _____
                County.

       [XX ]  The Plaintiff resides in _____ PIMA _____ County.

       []       The Defendant resides in _____ County.

       [ ]      The Defendant does business in _____ County.

Case Number: _____

[ ]    The events, actions, or debts subject of this Complaint occurred in _____
       County.

[XX ]  Other reason:  I do not have the financial resources to get my car ready for highway
       driving-needs new set of tires and cover the cost of round-trip gasoline. _____

       _____

## DISCOVERY TIER

**2.**    Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case
         to the following tier based on the amount of damages I request.

         [ ]    Tier 1 = Actions claiming $50,000 or less in damages.

         [ ]    Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

         OR     Actions claiming nonmonetary relief.

         [XX ]  Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

**3.**    The Plaintiff in this case is:
         Donna Cattanach
         _____

         _____

**4.**    The Defendant in this case is:
         MCCCD – Dr. Deric Hall, Melinda Caraballo, Phoenix College-Dr Samantha Crandall
         _____
         MCCCD is Maricopa County Community College District
         _____

## STATEMENT OF FACTS AND BREACH

**5.**    I was Discriminated against based upon Age and Egregiously Harassed due to a Hostile Work
         Environment from Jan 9, 2021, until Nov 24, /2021 at MCCCD-Phoenix College

         Title VII   Title VII of the Civil Rights Act of 1964, Civil Rights Act of 1991

Case Number: _____

Age Discrimination in Employment Act ==1967 (ADEA)==

PLS NOTE: ==My EEOC investigator== FAILED TO SUBMIT ANY OF MY EVIDENCE with the ==EEOC Charge to== MCCCD - Phoenix College.  Therefore, I was advised to request a "Right To Sue Letter" from Phoenix EEOC. I made the request and received my RTS letter.

**6.**     Out of just about 40 Tutors in Phoenix College I was treated very differently from other Tutors. 35 tutors out of 40 were substantially under the age of 40. Most tutors were in their 20s, early 30s.

==Disparate Treatment.==  Civil Rights Act of 1991

**7.**     October-November 2021, I learned another employee in my age range was also harassed & resigned.

==Title VII==   Title VII of the Civil Rights Act of 1964,  Civil Rights Act of ==1991==

Age Discrimination of the Disabilities Act of ==1967 ADEA==

8.

==Title VII==   Title VII of the Civil Rights Act of 1964,  Civil Rights Act of 1991

==**Constructive Discharge**==  due to Hostile Work Environment

**9.**     Starting 6/21, upset & anxiety triggered Osteoarthritis right knee inflammation. I couldn't walk unaided only with a Walker. Suffered 24/7excrutiating pain. I "lived" on my couch. about 8 months. 3 shots for knee-Osteo nothing worked from 6/21 thru 2/22. Osteo cleared up end of Feb. 2022. Basically, OK now.

==Title VII.  **Hostile Work Environment**== **Egregious and Psychological Harassment.**

**10.**   ==Title VI of the Civil Rights Act of 1964,== 42 U.S.C. 2000d et seq. ("Title VI") Title VI **prohibits discrimination on the basis of race, color, or national origin in any program or activity that ==receives Federal funds or other Federal financial assistance==.**

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

**Case Number:** _____

## APPLICABLE LAW SUPPORTING CLAIMS

(    1)     Title VII of the Civil Rights Act of 1964,
              Title VI of the Civil Rights Act of 1964,
              The Age Discrimination in Employment Act of 1967 (ADEA)
              The Americans with Disabilities Act of 1990 (ADA),
              The Civil Rights Act of 1991

_____

_____

(    2)

      Psychological Harassment…..triggered Osteoarthritis in right knee.

Had 3 Osteo shots -- None Worked.   BUT 2.5 months after I resigned  the osteoarthritis just about went away, i.e. didn't need walker, left my 2nd home on the couch. Pain was too excruciating to move around, get off the couch.

_____

Case Number: _____

(    4)    The Civil Rights Act of 1991, which, among other things, provides
monetary damages in cases of ==intentional employment discrimination.==

_____

_____

(    5)    5 U.S.C. 2302. ==The CSRA prohibits any employee who has authority to
take certain personnel actions from discriminating for or against
employees== or applicants for employment on the bases of race, color,
national origin, religion, sex, ==age== or disability.

_____

_____

(    6)    **The four elements required to establish a prima facie case of negligence
are:**

1. The existence of a legal duty that the defendant owed to the plaintiff.
2. The defendant's breach of that duty.
3. The plaintiff's sufferance of an injury.
4. Proof that the defendant's breach caused the injury.

_____

_____

(    )    _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue
consecutive numbering.)

## ==INJURIES==

(    )    Mental anxiety, upset due to Age Discrimination & Hostile Work Environment
triggered 7 mos. of Osteoarthritis right knee. Unable to walk unaided had to buy a
Walker, 24/7 excruciating pain, diarrhea, migraine headaches

_____

_____

**Case Number:** _____

(     ) _____

(     ) _____

(     ) _____

(     ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

**DEMAND FOR RELIEF**

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(     ) Punitive damages of $300,000 for Intentional Age discrimination & Intentional Hostile Work Environment devolving into Egregious Harassment + Plus any court and attorney fees and extraordinary expenses such having to buy a new set of tires if I have to get to Phoenix

(     ) _____

(     ) _____

(     ) _____

**Case Number:** _____

_____

_____

(     )     _____

_____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

*Donna Cattanach*

**August 8, 2022**

_____
Donna Cattanach

Person Filing: <u>Donna Cattanach</u>

Address (if not protected)9901: <u>9901 N ORACLE RD   APT 8108</u>
City, State, Zip Code: ORO VALLEY, AZ. 85704

Telephone: <u>917 806 2616</u>

Email Address: <u>DLCATT@HOTMAIL.COM</u>
Representing [<mark>XX] Self</mark> or [  ] Attorney for
Lawyer's Bar Number: <u>N/A</u>

FOR CLERK'S USE ONLY

## SUPERIOR COURT OF ARIZONA
### IN <u>PIMA</u> COUNTY

<u>DONNA CATTANACH</u>
**Name of Plaintiff**

<u>MARICOPA COUNTY COMMUNITY</u>
<u>COLLEGE DISTRICT</u>
**Name of Defendant**

**Case Number**: _____

**PLAINTIFF'S DEMAND for
JURY TRIAL**

Plaintiff, <u>DONNA CATTANACH</u> (*Name of Plaintiff*), demands a trial by jury in this case. If this case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal from that compulsory arbitration.

**Dated this** <u>08/13/2022</u>.

*Donna Cattanach*

(Date of signature)                    (Signature of Plaintiff or Plaintiff's Attorney)

Person/Attorney Filing: Donna L Cattanach
Mailing Address: 9901 N Oracle Rd Apt 8108
City, State, Zip Code: Oro Valley, AZ 85704
Phone Number: (917)806-2616
E-Mail Address: dlcatt@hotmail.com
[X] Representing Self, Without an Attorney
(If Attorney) State Bar Number:

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Donna L Cattanach
Plaintiff(s),
v.
Maricopa County Community College
District DR. DERIC HALL, DR
SAMANTHA CRANDALL
Defendant(s).

Case No.  C20223372

**SUMMONS**

HON. GREG SAKALL

To: Maricopa County Community College District DR. DERIC HALL, DR SAMANTHA
CRANDALL

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress
   Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 8/15/2022

Gary Harrison
Clerk of the Superior Court

By:    JAMES R. ORR /s/
_____
        Deputy Clerk

AZturboCourt.gov Form Set #7081179

2

Person Filing: <u>Donna Cattanach</u>
Address (if not protected): <u>9901 N Oracle Rd. Apt 8108</u>
City, State, Zip Code: <u>Oro Valley, AZ 85704</u>
Telephone:   <u>917-806-2616</u>
Email Address: <u>dlcatt@hotmail.com</u>
Representing [ XX ] Self or [ ] Attorney for _____
Lawyer's Bar Number: N/A_____

FILED
Gary Harrison
CLERK, SUPERIOR COURT
8/17/2022 3:33:21 PM
BY: ALAN WALKER /S/
DEPUTY
Case No. C20223372
HON. GREG SAKALL

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
## IN _____PIMA_____ COUNTY

Donna Cattanach
**Name of Plaintiff**

Maricopa County Community College
District (MCCCD)
Dr. Deric Hall, Director EEO
Melinda Caraballo, Acting Director EEO

_____

**Name of Defendant**

**Case Number:** _____

**Title:** AMENDED CIVIL COMPLAINT

_____

_____

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.    The Superior Court in   PIMA County has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   [ XX ]  The value of this case exceeds $10,000 dollars.

   [ ]    Replevin or other nonmonetary remedy will take place in _____ County.

   [XX ]  The Plaintiff resides in _____PIMA_____ County.

   []    The Defendant resides in _____ County.

   [ ]    The Defendant does business in _____ County.

Case Number: _____

[  ]   The events, actions, or debts subject of this Complaint occurred in _____
County.

[XX]   Other reason: If I need to go to Phoenix, I do not have the financial resources to get my
car ready for highway driving needs a new set of tires and cover the cost of round-trip gasoline. _____

_____

## DISCOVERY TIER

**2.**   Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case
to the following tier based on the amount of damages I request.

[  ]   Tier 1 = Actions claiming $50,000 or less in damages.

[  ]   Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR    Actions claiming nonmonetary relief.

[XX ]   Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

**3.**   The Plaintiff in this case is:

Donna Cattanach
_____

_____

**4.**   The Defendant in this case is:

MCCCD – Dr. Deric Hall, DIRECTOR EEO, Melinda Caraballo, Acting Dir. EEO
_____

MCCCD is Maricopa County Community College District

## STATEMENT OF FACTS AND BREACH

**5.**   I was Discriminated against based upon Age and Egregiously Harassed due to a Hostile Work
Environment from Jan 9, 2021, until Nov 24, /2021 at MCCCD-Phoenix College

Title VII   Title VII of the Civil Rights Act of 1964, Civil Rights Act of 1991

Case Number: _____

---

Age Discrimination in Employment Act 1967 (ADEA)

PLS NOTE:  My EEOC investigator FAILED TO SUBMIT ANY OF MY EVIDENCE with the EEOC Charge to MCCCD - Phoenix College.  Therefore, I was advised to request a "Right To Sue Letter" from Phoenix EEOC. I made the request and received my RTS letter.

---

**6.** Out of just about 40 Tutors in Phoenix College I was treated very differently from other Tutors. 35 tutors out of 40 were substantially under the age of 40. Most tutors were in their 20s, early 30s.

Disparate Treatment.  Civil Rights Act of 1991

---

**7.** October-November 2021, I learned another employee in my age range was also harassed & resigned.

Title VII   Title VII of the Civil Rights Act of 1964,  Civil Rights Act of 1991

Age Discrimination of the Disabilities Act of 1967 ADEA

8.

Title VII   Title VII of the Civil Rights Act of 1964, Civil Rights Act of 1991

**Constructive Discharge**  due to Hostile Work Environment

---

**9.** Starting 6/21, upset & anxiety triggered Osteoarthritis right knee inflammation. I couldn't walk unaided only with a Walker. Suffered 24/7excrutiating pain. I "lived" on my couch. about 8 months. 3 shots for knee-Osteo nothing worked from 6/21 thru 2/22. Osteo cleared up end of Feb. 2022. Basically, OK now.

Title VII.  **Hostile Work Environment** Egregious and Psychological Harassment.

---

**10.** Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d et seq. ("Title VI") Title VI **prohibits discrimination on the basis of race, color, or national origin in any program or activity that** receives Federal funds or other Federal financial assistance.

---

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

**Case Number:** _____

## APPLICABLE LAW SUPPORTING CLAIMS

(    1)      Title VII of the Civil Rights Act of 1964,
                 Title VI of the Civil Rights Act of 1964,
                 The Age Discrimination in Employment Act of 1967 (ADEA)
                 The Americans with Disabilities Act of 1990 (ADA),
                 The Civil Rights Act of 1991

_____

_____

(    2)      Psychological Harassment…..triggered Osteoarthritis in right knee.

Had 3 Osteo shots -- None Worked.   BUT 2.5 months after I resigned  the osteoarthritis just about went away, i.e. didn't need walker, left my 2nd home on the couch. Pain was too excruciating to move around, get off the couch.

_____

_____

Case Number: _____

(   4)   The Civil Rights Act of 1991, which, among other things, provides monetary damages in cases of ==intentional employment discrimination.==

_____

_____

(   5)   5 U.S.C. 2302. ==The CSRA prohibits any employee who has authority to take certain personnel actions from discriminating for or against employees== or applicants for employment on the bases of race, color, national origin, religion, sex, ==age== or disability.

_____

_____

(   6)   **The four elements required to establish a prima facie case of negligence are:**

     1. The existence of a legal duty that the defendant owed to the plaintiff.
     2. The defendant's breach of that duty.
     3. The plaintiff's sufferance of an injury.
     4. Proof that the defendant's breach caused the injury.

_____

_____

(   )   _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## ==INJURIES==

(   )   Anxiety, upset due to Age Discrimination & Hostile Work Environment triggered 7 mos. of Osteoarthritis right knee. Unable to walk unaided had to buy a Walker, 24/7 excruciating pain, diarrhea, migraine headaches

_____

_____

Case Number: _____

(     )    _____

(     )    _____

(     )    _____

(     )    _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

**DEMAND FOR RELIEF**

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(     )    Punitive damages of $300,000 for Intentional Age discrimination & Intentional Hostile Work Environment devolving into Egregious Harassment  +  Plus any court and attorney fees and extraordinary expenses such as having to buy a new set of tires if I have to get to Phoenix

(     )    _____

(     )    _____

(     )    _____

**Case Number:** _____

_____

_____

(        )        _____

_____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

*Donna Cattanach*

**August 8, 2022**

Amended August 15, 2022

_____
Donna Cattanach

D. Cattanach
9901 N Oracle Rd
#8108
Oro Valley AZ  85704


This Word document represents my Response (as the EEOC Charging party)
to the following parties (MCCCD-Phoenix College-Learning Commons(LC)-Samantha Crandall,
Manager).

Of course, you would have noted how odd it was to receive an EEOC Age Discrimination
Charge with no supporting documentation to address allegations raised re: my behavior.!
Simply said, there was an emergency situation and an ensuing oversight. This oversight led  to
the omission of all my supporting evidence.  My documentation details "Why" I was motivated
to pursue an EEOC Charge and resign.


**FIRST POINT.**    Allegation of  "…not knowing and flouting Learning Common's
Tutoring Rules by assisting. Student Abbas with quizzes and tests."

## I was hired in November 2016 and started working on Nov 17th 2016. Would you

rationally propose that I didn't know the Learning Commons "Rules" without any type of
investigation ?  I don't think so.  Of course, I knew the "Rules."

Mid to late January 2021, I had just finished a tutoring session with Abbas. Then, Erin Cherry or
Arielle asked in chat where Samantha was. They hadn't been able to reach her. I thought the
timing was odd since I'd just finished with Abbas.  A few days later, I was tutoring Abbas in a
breakout room. I heard the Desk cut into the breakout room indicating to me that Erin/Arielle were
coming into the Main Tutoring Room chat. I closed down the breakout room and returned to the
main Tutoring Room.  Odd again, I figured something was wrong.

Days later, early February 2021, Anne Crowley asked to speak with me.  She started our
conversation with a refresher about the Quiz and Test rules of the Learning Commons. I was
both in a state of disbelief and anger. Anna knew to cool down my anger with unrelated topics. I
said that I felt that Erin/Arielle were going behind my back to her and Samantha in order "to
report" me working on quizzes with Abbas.  As a parting word, Anna let me know that it was
Samantha who had asked her to speak with me on this topic.

Next Samantha, in late February, sent out the typical notice for a staff meeting.  But, this time,
she, for the first time in a staff meeting email,  high-lighted the need to repeat the Quiz and Test
rules. She indicated the need to clarify the issue as certain employees had asked about it.  I was

furious.  To me, virtually all her behavior on this "Rules" topic was text-book "How to Build a Paper Trail" instructions. I wrote Samantha to request a meeting. I believe she first said to talk with Anna. When I insisted on a meeting with her, she agreed to a Zoom meeting on or about The final point I want to make involves a CHAT conversation with ERIN CHERRY.  YOU CAN GET THE CHAT WITH A NAME AND DATE RANGE SEARCH.
IN Writing Lab chat room.  I asked Erin if she really thought Abbas was pulling these tricks to get  to Tutors to do her Quizzes/Tests.  Listen !
Erin typed in the effect that OH, YEAH, ABBAS HAS BEEN TRYING THIS FOR TWO YEARS. Those tutors knew for 2, two, 2 years Abbas had been a problem and instead of telling me to beware of Abbas ---- Erin/Arielle went behind my back to Anna and Samantha ???


March 11th 2021. During the meeting, she didn't address nor respond to my "Rules" concerns which I had told her via email were impacting me adversely.

Sam,

I need to put this Quiz business to bed.
 I need to talk with you, Anna, and Patti.
Maybe a zoom meeting ?

I was Very Angry about this issue.
I think back in January. I let go.


Last week I was FURIOUS....
Then, the staff meeting email with
the quiz note....well that told me it was
time to take action and speak with you all.

Let me know a convenient Time to Meet..
I really want Anna and Patti to be there, but
if it doesn't work, perhaps you and I can talk
it out.

Many thanks,
Donna


donna cattanach
Tue 3/9/2021 9:28 AM

**From:** Sam Crandall <samantha.crandall@phoenixcollege.edu>
**Sent:** Tuesday, March 9, 2021 9:06 AM
**To:** donna cattanach <dlcatt@hotmail.com>
**Subject:** Re: Quizzes

Hi Donna,

Thanks for reaching out to me.  Please know the quiz note in my message was not directed to one person in particular.  There have been several tutors and check-in staff members who wanted more clarity on what the policy is, so the note truly was intended as a reminder for all of us to be on the same page.  best Anna has been in one-on-one communication with some folks on our staff about quizzes, so I think she is going to be the person for you to discuss your concerns with.  I would still be more than happy to meet with you but am unfortunately not available until Thurs morning.  Please let me know your preference.

Much appreciated,
-Sam


To:


- samantha.crandall@phoenixcollege.edu

Hi,  Thanks your timely response.

My preference is to speak with you on Thursday morning.   Let me know a convenient time for you; I'll be there.



Although the quiz note was general in nature, the quiz issue has adversely impacted me.  I want to make sure you are aware of my concerns.


Thanks,
Donna


Reply
Forward

You can see from my high-lighted emails that this Quiz Issue had gone on for 3, three, 3 months.  From January 2021 to March 2021. Enough !

I do INSIST you folks in HR, get a savvy technician to retrieve the Zoom meeting on March 11, 2021 between myself and Samantha. You will be able to discern exactly what transpired.

Retrieval is not rocket science, BE IT ZOOM OR PC CHAT or LEARNING COMMONS COLLEGE RECORDS My dates will guide A technician to the proper timeframe AND with NAME(S) to use for a search.

# **SECOND POINT.** NOT BEING ASSIGNED STUDENTS TO WORK WITH.

I DO INSIST YOU FOLKS IN HR GET LEARNING COMMONS LOGS OF TUTORS AND THE ASSIGNMENT OF STUDENTS.   Look for my name. Compare the frequency of my name, with for example, Virginia Anders or Kathryn Greene, Arielle Soto.  You won't find my name very often.  The Desk Assistants were skipping over me on a regular basis and for months.


I DID NOT RECEIVE ANY STDENTS TO WORK WITH FROM 6/28  THROUGH 7/13.  SEE BELOW.

On Tue, Jul 13, 2021 at 1:02 PM Donna Cattanach <donna.cattanach@phoenixcollege.edu> wrote:
OK. Desk,

Why. Why,  are you not giving me
any students. ?

 Dr. Sam, Patti,Anna
asking the same question
Reply
Forward


**From:** Sara Olk <sara.olk@phoenixcollege.edu>
**Sent:** Tuesday, July 13, 2021 11:53 AM
**To:** Donna Cattanach <donna.cattanach@phoenixcollege.edu>
**Subject:** Re: you were the only desk name I had...

Hi Donna,

<mark>I apologize for this morning</mark> - I was trying to conserve at least a couple of writing tutors for live tutoring and should've taken a closer look at the schedule before choosing who to ask.

Thank you for reaching out! It's very helpful for us to know that you would like morning writing lab submissions. We will do our best to distribute more of them to you when we can.

Thank you,



**Sara Olk**
(She/Her/Hers)
Desk Coordinator | Learning Commons
**Phoenix College | MARICOPA COMMUNITY COLLEGES**
1202 W. Thomas Road, Phoenix, AZ 85013
sara.olk@phoenixcollege.edu
https://www.phoenixcollege.edu/tutoring


# you were the only desk name I had...
⬚
donna cattanach
Tue 7/13/2021 12:22 PM

⬚
⬚
⬚
⬚

To:

- sara.olk@phoenixcollege.edu

I just sent an email to<mark>But 6 days !  last assignment. 6/28  Yikes !</mark>

<mark>And no one told me anything ?  Not Good.</mark>

<mark>It's a closed issue now. Thanks for following up.</mark>

<mark>Donna</mark>
<mark>⬚</mark>
Reply
Forward

## THIRD POINT.   "FRIVOLOUS, NAGGING HARASSMENT"

Just as Samantha used Anna to speak to me about "Rules," she used Patti Blanco to deliver frivolous harassment complaints.

Here's One.  I was spending too much time with students.  In one instance I had
To report to Samantha with the Time I had finished with a particular student.
HOWEVER, THERE WAS A LOG KEPT BY THE DESK, I BELIEVE, THAT KEPT DETAILS
WITH A START AND FINISH TIME FOR EACH TUTOR/STUDENT PAIR ?!?!

AGAIN Human Resources, PLS. GET THE TUTOR/STUDENT LOGS.  CHECK VIRGINIA
ANDER'S TIME WITH STUDENTS---I DID, ALSO MARIO DEL CAMPO, ARIELLE SOTO.

(MY FINAL NOTE: OF COURSE, I SPENT TIME WITH STUDENTS' WORK.  I HAD AN
ENGLISH TEACHING CERT., 18+ CREDIT HRS IN LITERATURE NOT TO MENTION AN
MBA IN FINANCE & QUANT.  YOU BET I HAD LOTS TO SAY TO  STUDENTS.)

1. MSG:   RELATIVE TO SAM WANTING TO FIND/CHAT WITH ME ABOUT MY
   TIME WITH STUDENT.
2. SEE BELOW IN YELLOW

   **Donna Cattanach**

1. As to Nicolas. Back Time 2:07

FINAL COMMENT: RE: LAST YELLOW STATEMENT

While I certainly commend you on your creativity, I need you to please edit the original
(MY OPINION:  THAT SARCASM IS NOT PROFESSIONAL NOR WARRANTED.)

am Crandall (via Google Chat) <chat-noreply@google.com>
Wed 11/10/2021 3:33 AM
To:

- don2069841@phoenixcollege.edu

Sam Crandall <samantha.crandall@mesacc.edu> messaged you on Google Chat while you were away



**Donna Cattanach**
Got it...version was OK

 **Sam Crandall**
ok, glad it worked out

 **Donna Cattanach**


 **Sam Crandall**
Are you still online? No answer in the meet room

 **Donna Cattanach**
As to Nicolas. Back Time 2:07

 **Sam Crandall**
Thank you

 **Donna Cattanach**
☐

 **Donna Cattanach**
FYI, I finally set the 3 hrs for 11/01 i couldn't find a way to resubmit for 11/02 without getting that error msg. High Tech, Low Brain lol

 **Sam Crandall**
While I certainly commend you on your creativity, I need you to please edit the original absence request, not create a new one on a different day

 **Sam Crandall**
Make sure to go to View Requests on the left-hand-side

I LOCATED MY TEXT MSGS (NOT PHONE CALL) WITH PATTI BLANCO.

MSG:   PATTI ASKS ME TO PITCH IN COS WRITING LAB WAS SHORT STAFFED. MY RESPONSE TEXTS EXPLAIN I WAS SICK WITH NAUSEA, MIGRAINE, AND DIARRHEA

 AT IDEA OF HELPING OUT ESP. COS OF WAY SAM TREATED ME. PATTI SAID SAM WAS NOT        INVOLVED.  HOWEVER.......
MY FINAL TEXT CORRECTED PATTI, I EXPLAINED HOW SAM, IN FACT, WAS INVOLVED.

FOURTH AND FINAL POINT        AGE DISCRIMINATION

After I resigned 11/24/21,  I learned another employee also submitted their resignation due to similar mistreatment as I received.  This individual was in the same age range as me.

**Sent:** Tuesday, November 16, 2021 10:42 AM
**To:** donna cattanach <dlcatt@hotmail.com>
**Subject:** Re: Resignation !!

Donna,
I truly felt bad for you. Sam wasn't much better to you. I really didn't know what the deal was. It was like they were ganging up on you. Not working sounds soooo good!
⬜
Donna,
I am just reading this at the end of my day on Monday and I will say, you have a lot going on!!! You always did though. If you ask if I am getting happy...today, I think I finally hit my wall with Sam. We were in an interview and she completely embarrassed me. We knew the person we were interviewing and I guess I was a bit too familiar with her and Sam corrected me in front of her. I was so embarrassed! I was to the point after that and did not add any comments. I have 3 more interviews to do with Sam and you know I will bite my tongue and say only what I have to say. I thought it was going

==to be hard to leave the three ladies, but I don't really think so==. I never had much of a problem with Patti, but I told her she was probably getting my office and she said it didn't fit Feng Shei!!!! Best of luck with the knee and Unemployment Benefits!!


LC Staff Meeting FA-2

| When | Fri Oct 29, 2021 1pm – 3pm Mountain Standard Time - Phoenix |
|---|---|
| Where | Learning Commons (map) |
| Joining info | Join with Google Meet |
| | meet.google.com/fff-fhan-jmk |
| | |
| | Join by phone |
| | (US) +1 614-642-8378 (PIN: 440169043) |

==List of  tutors as of  October 2021==


- Sam Crandall - creator
- Nancy Colla
- Anna Crowley
- Patti Blanco
- Blas Hernandez
- Ryan Jarr
- Fernando Angulo
- Jesse Canez
- Jose Carrillo
- Bryan Correa gomez
- Jim Haldenwang
- adam.minorczyk@phoenixcollege.edu
- Maria Herrera-Bill
- Virginia Anders
- Richard Saunders
- Bryson Largo
- Joel Garcia
- Son To
- Sandra Montero Villamizar
- Jacinda Kao

- Maha Jawad
- Aaron Rothenburger
- christina.garcia@phoenixcollege.edu
- Jamie Lopez
- Mario Martin Del Campo
- Kathleen Brown
- Greg Richardson
- Josette Garth
- Frank Nolan
- Errin Cherry
- Manny Chavez Garcia
- Charleyne Mcconnell
- Donna Cattanach
- Garret Nordmeyer
- Arielle Soto
- Mike Gri

Person Filing: <mark>Donna Cattanach</mark>
Address (if not protected): ___9901 N Oracle Rd Apt 8108___
City, State, Zip Code: ___Oro Valley, AZ  85704___
_____
Telephone: ___917-806-2616___
Email Address: dlcatt@hotmail.com_____
Representing <mark>XX[  ] Self</mark> or [ ] Attorney for _____
Lawyer's Bar Number: _____

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA

## IN _____<mark>PIMA</mark>_____ COUNTY

<mark>**Donna Cattanach**</mark> _____
**Name of Plaintiff**

**And**

<mark>Maricopa County Community College</mark>
<mark>District. Dr. Deric Hall, Director EEO</mark>
<mark>Melinda Caraballo,</mark> EEO _____
**Name of Defendant**

Case Number: _____

**SUMMONS**

---

**WARNING**: This is an official document from the court that affects your rights.  Read this carefully. If you do not understand it, contact a lawyer for help.

---

**FROM THE STATE OF ARIZONA TO:** <mark>_____</mark>

<mark>Maricopa County Community College District. Dr. Deric</mark>
<mark>Hall, Director EEO,  Melinda Caraballo EEO</mark>
<mark>**Name of Defendant**</mark>

1. **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.   If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an

Case Number: _____

*"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court.

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

**SIGNED AND SEALED this date**     _____

**CLERK OF SUPERIOR COURT**

**By** _____

**Deputy Clerk**

Person Filing: <u>Donna Cattanach</u>
Address (if not protected): <u>9901 N Oracle Rd. Apt 8108</u>
City, State, Zip Code: <u>Oro Valley, AZ 85704</u>
Telephone: <u>    917-806-2616</u>
Email Address: <u>dlcatt@hotmail.com</u>
Representing [ XX ] Self or [ ] Attorney for <u>                    </u>
Lawyer's Bar Number: <u>N/A</u>

FILED
Gary Harrison
CLERK, SUPERIOR COURT
8/20/2022 1:38:13 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20223372
HON. GREG SAKALL

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
## IN _____ PIMA _____ COUNTY

Donna Cattanach
**Name of Plaintiff**

Maricopa County Community College
District (MCCCD)
Dr. Deric Hall, Director EEO
Melinda Caraballo, Acting Director EEO

**Name of Defendant**

**Case Number:** _____

**Title:** AMENDED CIVIL COMPLAINT

_____

_____

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

**JURISDICTION and VENUE**

1.  The Superior Court in   PIMA County has the legal authority to hear and decide this case because:
    *(Check all boxes that are true.)*

    [ XX ]  The value of this case exceeds $10,000 dollars.

    [ ]     Replevin or other nonmonetary remedy will take place in _____ County.

    [XX ]  The Plaintiff resides in _____ PIMA _____ County.

    []      The Defendant resides in _____ County.

    [ ]     The Defendant does business in _____ County.

Case Number: _____

[  ]    The events, actions, or debts subject of this Complaint occurred in _____
County.

[XX]   Other reason: If I need to go to Phoenix, I do not have the financial resources to get my
car ready for highway driving needs a new set of tires and cover the cost of round-trip gasoline. _____

_____

## DISCOVERY TIER

2.      Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case
to the following tier based on the amount of damages I request.

[  ]    Tier 1 = Actions claiming $50,000 or less in damages.

[  ]    Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR      Actions claiming nonmonetary relief.

[XX ]   Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.      The Plaintiff in this case is:

Donna Cattanach
_____

_____

4.      The Defendant in this case is:

MCCCD – Dr. Deric Hall,
_____

MCCCD is Maricopa County Community College District
_____

## STATEMENT OF FACTS AND BREACH

5.      I was Discriminated against based upon Age and Egregiously Harassed due to a Hostile Work
Environment from Jan 9, 2021, until Nov 24, /2021 at MCCCD-Phoenix College

Title VII   Title VII of the Civil Rights Act of 1964, Civil Rights Act of 1991

Case Number: _____

---

Age Discrimination in Employment Act 1967 (ADEA)

PLS NOTE: My EEOC investigator FAILED TO SUBMIT ANY OF MY EVIDENCE with the EEOC Charge to MCCCD - Phoenix College.  Therefore, I was advised to request a "Right To Sue Letter" from Phoenix EEOC. I made the request and received my RTS letter.

---

**6.**   Out of just about 40 Tutors in Phoenix College I was treated very differently from other Tutors. 35 tutors out of 40 were substantially under the age of 40. Most tutors were in their 20s, early 30s.

Disparate Treatment.  Civil Rights Act of 1991

---

**7.**   October-November 2021, I learned another employee in my age range was also harassed & resigned.

Title VII   Title VII of the Civil Rights Act of 1964,  Civil Rights Act of 1991

Age Discrimination of the Disabilities Act of 1967 ADEA

8.

Title VII   Title VII of the Civil Rights Act of 1964,  Civil Rights Act of 1991

**Constructive Discharge**  due to Hostile Work Environment

---

**9.**   Starting 6/21, upset & anxiety triggered Osteoarthritis right knee inflammation. I couldn't walk unaided only with a Walker. Suffered 24/7excrutiating pain. I "lived" on my couch. about 8 months. 3 shots for knee-Osteo nothing worked from 6/21 thru 2/22. Osteo cleared up end of Feb. 2022. Basically, OK now.

Title VII.  **Hostile Work Environment Egregious and Psychological Harassment.**

---

**10.**   Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d et seq. ("Title VI") Title VI **prohibits discrimination on the basis of race, color, or national origin in any program or activity that receives Federal funds or other Federal financial assistance**.

---

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

Case Number: _____

## APPLICABLE LAW SUPPORTING CLAIMS

(     1)      Title VII of the Civil Rights Act of 1964,
              Title VI of the Civil Rights Act of 1964,
              The Age Discrimination in Employment Act of 1967 (ADEA)
              The Americans with Disabilities Act of 1990 (ADA),
              The Civil Rights Act of 1991

              _____

              _____


(     2)

              Psychological Harassment…..triggered Osteoarthritis in right knee.

              Had 3 Osteo shots -- None Worked.   BUT 2.5 months after I resigned  the

              osteoarthritis just about went away, i.e. didn't need walker, left my 2nd home on the

              couch. Pain was too excruciating to move around, get off the couch.

              _____

              _____

Case Number: _____

(    4)     The Civil Rights Act of 1991, which, among other things, provides monetary damages in cases of <mark>intentional employment discrimination.</mark>

_____

_____

(    5)     5 U.S.C. 2302. <mark>The CSRA prohibits any employee who has authority to take certain personnel actions from discriminating for or against employees</mark> or applicants for employment on the bases of race, color, national origin, religion, sex, <mark>age</mark> or disability.

_____

_____

(    6)     **The four elements required to establish a prima facie case of negligence are:**

      1. The existence of a legal duty that the defendant owed to the plaintiff.
      2. The defendant's breach of that duty.
      3. The plaintiff's sufferance of an injury.
      4. Proof that the defendant's breach caused the injury.

_____

_____

(    )     _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## <mark>INJURIES</mark>

(    )     Anxiety, upset due to Age Discrimination & Hostile Work Environment triggered 7 mos. of Osteoarthritis right knee. Unable to walk unaided had to buy a Walker, 24/7 excruciating pain, diarrhea, migraine headaches

_____

_____

**Case Number:** _____

(     ) _____
 
_____

(     ) _____
 
_____

(     ) _____
 
_____

(     ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

**DEMAND FOR RELIEF**

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(     ) Punitive damages of $300,000 for Intentional Age discrimination & Intentional Hostile Work Environment devolving into Egregious Harassment + Plus any court and attorney fees and extraordinary expenses such as having to buy a new set of tires if I have to get to Phoenix
_____

(     ) _____
 
_____

(     ) _____
 
_____

(     ) _____

**Case Number:** _____

_____

_____

(        )    _____

_____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

**August 8, 2022**

Amended August 15, 2022

*Donna Cattanach*

_____

Donna Cattanach

FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA** 22 OCT 18 AM 9: 37

**IN AND FOR THE COUNTY OF PIMA**

S. CASTILLO, DEPUTY
DONNA L CATTANACH VS. MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT ET AL.

**Carlos Suarez**

Case:   C20223372
Date:   10/14/2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE RE: IMPENDING DISMISSAL

It appearing that service of summons and complaint has not been made upon the defendant(s) listed below,

YOU ARE HEREBY NOTIFIED THAT the action will be dismissed without prejudice AS TO THE DEFENDANT(S) LISTED BELOW without further notice after 30 days from the date of this notice, unless good cause is shown why service was not made within the time limits established by Rule 4, Arizona Rules of Civil Procedure, and that additional time should be granted within which to accomplish service.

If you have reason to believe this notice has been issued in error please call
**Case Management Services, Dismissal Desk, at 520-724-3551.**

BY:   Stephanie  Canez
Case Management Services

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| PLAINTIFF | **VS** | DEFENDANT |
|---|---|---|
| CATTANACH, DONNA L | | MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT |
| | | HALL, DR DERIC |
| | | CARABALLO, MELINDA |

cc:   DONNA L. CATTANACH

Name:    Donna Cattanach
Address:   9901 N Oracle Rd  Apt 8108
City, State, Zip Code:  Oro Valley AZ 85704
Telephone Number:    917 806 2616
Representing Self     YES

FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT

22 NOV 14  PM 2:22

BY_____
      DEPUTY

ASHLEY GRADILLAS

# SUPERIOR COURT OF ARIZONA
# IN PIMA COUNTY

Donna Cattanach
_____
Name of Petitioner/Plaintiff

(Case Number: C20223372

Maricopa County Community College District
_____
Name of Respondent/Defendant

**MOTION FOR MORE TIME TO
SERVE OTHER PARTY**

(RULES 4(I) and 6(b) A.R.Civ.P.) A.R.F.L.P. 40 (I)

Assigned to: __Judge Sakall_____
            (Name of Judge)

My Name: ___Donna Cattanach_____

REASONS: Good cause exists to give me more time to serve the other party: I need more time
to serve the other party for the following reasons:
I followed the wrong Service Process instructions.  I mistakenly used instructions for the Appellate Court

NOT the Civil Court.  So I thought sending my Summons, Complaint,FASTR via USPS Certified Express Mail was OK
I do have my USPS email delivery confirmation and the paper receipt for the Express Fee. My Green Stub is
being snail mailed to me with a receipt date of Nov.12, 2022 Saturday.
Now, I realize I needed to ask the Judge if I could use the USPS as Alternative Service Process BEFORE I used that
USPS method.  (I can't afford to pay a Process Server at this time.)

REQUESTS TO THE COURT: I request that the court enter an Order letting me have ( )30,  XXXX
(   ) 60, (   ) 90 days to serve the other party.

DATED: November 10, 2022
_____

Donna Cattanach
_____
Name of Person Filing Document

I ( XX ) mailed or (   ) delivered a copy of this Motion on: ___November 10, 2022___

To: ___Clerk of the Court Pima County Superior Court_____

Name: Donna Cattanach

Address: 9901 N Oracle Rd Apt 8108

City, State, Zip Code: Oro Valley, AZ 85704

917 806 2616

Representing Self YES

COPY
OBTAINED

22 NOV 15 PM 4: 16

BY _Lura C Roman_
DEPUTY

LUCINA C. ROMERO

## SUPERIOR COURT OF ARIZONA
## IN PIMA COUNTY

Donna Cattanach
_____

Name of Petitioner/Plaintiff

Case Number: C20223372

Maricopa County Community College District
_____

Name of Respondent/Defendant

**ORDER FOR MORE TIME TO
SERVE THE OTHER PARTY**

Assigned to: Judge Sakall
_____
(Name of Judge)

Based upon the (X) Petitioner's/Plaintiff's or ( ) Respondent's/Defendant's **"Motion for More Time to Serve the Other Party"** and good cause appearing,

**IT IS ORDERED:**

Granting the **"Motion for More Time to Serve the Other Party"** and ordering
(X) Petitioner/Plaintiff or ( ) Respondent/Defendant to serve the other party on or before
December 13, 2022.

The request to serve Defendants by alternative means is
DENIED. Plaintiff may seek a waiver or deferral
of service fees if she is unable to afford fees for service
of process.

DATED: 11/15/2022

_____
Judge of the Superior Court

DIVISION 23

NOV 15 2022

HON. GREG SAKALL

FILED
Gary Harrison
CLERK, SUPERIOR COURT
12/23/2022 10:19:02 AM
BY: ALAN WALKER /s/
DEPUTY

1  Stephen B. Coleman (State Bar #021715)
   PAN 90074
2  **PIERCE COLEMAN PLLC**
   7730 East Greenway Road, Suite 105
3  Scottsdale, Arizona 85260
   Tel. (602) 772-5506
4  Fax (877) 772-1025
5  Steve@PierceColeman.com
   Attorneys for Defendant
6

7             **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8               **IN AND FOR THE COUNTY OF PIMA**

9  DONNA CATTANACH,                          HON. GREG SAKALL
                                             Case No. C20223372
10
              Plaintiff
11
12  vs.                                      **NOTICE OF APPEARANCE**

13  MARICOPA COUNTY COMMUNITY
    COLLEGE DISTRICT,
14
15            Defendant.

16

17        Defendant, Maricopa County Community College District (the "District") gives

18  notice of the appearance of Stephen B. Coleman of the law firm Pierce Coleman PLLC as

19  attorney of record for this matter.  Defendant also requests that copies of all future

20  communications, including pleadings and correspondence, be sent to:

21                          Stephen B. Coleman
22                        PIERCE COLEMAN PLLC
                        7730 E. Greenway Road, Suite 105
23                        Scottsdale, Arizona  85260
                            Tel. (602) 772-5506
24                          Fax (877) 772-1025
25                    Email: Steve@PierceColeman.com

26

27

28
                                    1

1

RESPECTFULLY SUBMITTED this 23rd day of December, 2022.

2

**PIERCE COLEMAN PLLC**

3

By: /s/ Stephen B. Coleman

4

Stephen B. Coleman
7730 E. Greenway Road, Ste. 105

5

Scottsdale, AZ 85260

6

Attorneys for Appellee

7

**CERTIFICATE OF SERVICE**

8

I hereby certify that on December 23, 2022, I transmitted the attached document

9

to the Clerk of the Superior Court's Office for filing and caused a copy to be transmitted

10

via US Mail and email to the following:

11

12

Donna Cattanach
9901 N Oracle Rd., Apt 8108

13

Oro Valley, AZ 85704
dlcatt@hotmail.com

14

Plaintiff Pro Per

15

By:  /s/ Mary Walker

16

17

18

19

20

21

22

23

24

25

26

27

28

2

EXHIBIT B

Person Filing: Donna Cattanach
Address (if not protected): 9901 N Oracle Rd. Apt 8108
City, State, Zip Code: Oro Valley, AZ 85704
Telephone:   917-806-2616
Email Address: dlcatt@hotmail.com
Representing [ XX ] Self or [  ] Attorney for _____
Lawyer's Bar Number:  N/A

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
## IN _____ PIMA _____ COUNTY

Donna Cattanach
**Name of Plaintiff**

**Case Number:   C20223372_____**

**Title: CIVIL COMPLAINT**

Maricopa County Community College
District (MCCCD)

_____

_____

**Name of Defendant**

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

**JURISDICTION and VENUE**

1.  The Superior Court in  PIMA County has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    [ XX]  The value of this case exceeds $10,000 dollars.

    [  ]  Replevin or other nonmonetary remedy will take place in _____ County.

    [XX ]  The Plaintiff resides in _____ PIMA _____ County.

    []  The Defendant resides in _____ County.

    [ ]  The Defendant does business in _____ County.

**Case Number:  C20223372**

[ ]   The events, actions, or debts subject of this Complaint occurred in _____
County.

[XX]  Other reason: I do not have the financial resources to get my car ready for highway
driving-needs new set of tires and cover the cost of round-trip gasoline.

_____

## DISCOVERY TIER

2.   Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case
to the following tier based on the amount of damages I request.

   [ ]   Tier 1 = Actions claiming $50,000 or less in damages.

   [ ]   Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

   OR   Actions claiming nonmonetary relief.

   [XX] Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.   The Plaintiff in this case is:
   Donna Cattanach
   _____

   _____

4.   The Defendant in this case is: _____
   MCCCD is Maricopa County Community College District
   _____

## STATEMENT OF FACTS AND BREACH

5.   I was Discriminated against based upon Age and Egregiously Harassed due to a Hostile Work
Environment from Jan 9, 2021, until Nov 24, /2021 at MCCCD-Phoenix College

   Title VII   Title VII of the Civil Rights Act of 1964, Civil Rights Act of 1991
   Age Discrimination in Employment Act 1967 (ADEA)

**Case Number:   C20223372**

PLS NOTE:  My EEOC investigator FAILED TO SUBMIT ANY OF MY EVIDENCE with the EEOC Charge to MCCCD - Phoenix College.  Therefore, I was advised to request a "Right To Sue Letter" from Phoenix EEOC. I made the request and received my RTS letter.

**6.**   Out of just about 40 Tutors in Phoenix College I was treated very differently from other Tutors. 35 tutors out of 40 were substantially under the age of 40. Most tutors were in their 20s, early 30s.

Disparate Treatment.  Civil Rights Act of 1991

**7.**   October-November 2021, I learned another employee in my age range was also harassed & resigned.

Title VII   Title VII of the Civil Rights Act of 1964,  Civil Rights Act of 1991

Age Discrimination of the Disabilities Act of 1967 ADEA

8.

Title VII   Title VII of the Civil Rights Act of 1964,  Civil Rights Act of 1991
**Constructive Discharge  due to Hostile Work Environment**

**9.**   Starting 6/21, upset & anxiety triggered Osteoarthritis right knee inflammation. I couldn't walk unaided only with a Walker. Suffered 24/7excrutiating pain. I "lived" on my couch. about 8 months. 3 shots for knee-Osteo nothing worked from 6/21 thru 2/22. Osteo cleared up end of Feb. 2022. Basically, OK now.

Title VII.  **Hostile Work Environment Egregious and Psychological Harassment.**

**10.**   Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d et seq. ("Title VI") Title VI **prohibits discrimination on the basis of race, color, or national origin in any program or activity that receives Federal funds or other Federal financial assistance**.

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

Case Number:  **C20223372**

**APPLICABLE LAW SUPPORTING CLAIMS**

(     1)     Title VII of the Civil Rights Act of 1964,
             Title VI of the Civil Rights Act of 1964,
             The Age Discrimination in Employment Act of 1967 (ADEA)
             The Americans with Disabilities Act of 1990 (ADA),
             The Civil Rights Act of 1991

_____

_____

(     2)

             Psychological Harassment…..triggered Osteoarthritis in right knee.
             Had 3 Osteo shots -- None Worked.   BUT 2.5 months after I resigned  the
             osteoarthritis just about went away, i.e. didn't need walker. I had to "live" on my 2nd
             home---the couch for 8 months. Because of the excruciating pain, I couldn't move around
             or get off the couch even to prepare food to eat.  I lost 22 lbs.  I was plagued with
             diarrhea, violent headaches, I wore adult diapers cos I couldn't make it to the bathroom.
_____

_____

Case Number:  **C20223372**

(       4)    The Civil Rights Act of 1991, which, among other things, provides
              monetary damages in cases of intentional employment discrimination.

_____

_____

(       5)    5 U.S.C. 2302. The CSRA prohibits any employee who has authority to take
              certain personnel actions from discriminating for or against employees or
              applicants for employment on the bases of race, color, national origin,
              religion, sex, age or disability.

_____

_____

(       6)    **The four elements required to establish a prima facie case of negligence are:**

              1.  The existence of a legal duty that the defendant owed to the plaintiff.
              2.  The defendant's breach of that duty.
              3.  The plaintiff's sufferance of an injury.
              4.  Proof that the defendant's breach caused the injury.

_____

_____

(       )     _____

              _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue
consecutive numbering.)

**INJURIES**

(       )     Mental anxiety, upset due to Age Discrimination & Hostile Work Environment
              triggered 8 mos. of Osteoarthritis right knee. Unable to walk unaided. I had to buy a
              Walker, experienced 24/7 excruciating pain, diarrhea, migraine headaches, couldn't
              stand long enough to prepare food, had to wear adult diapers.

**Case Number:  C20223372**

( )

( )

( )

( )

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( )        Punitive damages of $300,000 for Intentional Age discrimination & Intentional Hostile Work Environment devolving into Egregious Harassment  +  Plus any court and attorney fees and extraordinary expenses such having to buy a new set of tires if I have to get to Phoenix

( )

( )

**Case Number:  C20223372**

_____

_____

(      )   _____

_____

_____

(      )   _____

_____

_____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

**November 3, 2022**                    *Donna Cattanach*

                                   _____

                                   Donna Cattanach

Person Filing: Donna Cattanach
Address (if not protected):    9901 N Oracle Rd Apt 8108
City, State, Zip Code:        Oro Valley, AZ  85704

Telephone:    917-806-2616
Email Address: dlcatt@hotmail.com
Representing XX [ ] Self or [ ] Attorney for _____
Lawyer's Bar Number: _____

## SUPERIOR COURT OF ARIZONA
### IN _____ PIMA _____ COUNTY

Donna Cattanach _____                         Case Number: C20223372
**Name of Plaintiff**

And

                                               **SUMMONS**

**Name of Defendant**

Maricopa County Community College
District _____

WARNING: This is an official document from the court that affects your rights.  Read this carefully.  If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:**    Maricopa County Community College District

                                       **Name of Defendant**

1.    **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers are served on
      you with this *"Summons"*.

2.    If you do not want a judgment or order taken against you without your input, you must file an
      *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an
      *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or

**Case Number:  C20223372**

Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Clerk of the Superior Court

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.   If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.   You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.   Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.   Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

**SIGNED AND SEALED this date**

**DEC 0 6 2022**

GARY L. HARRISON

**CLERK OF SUPERIOR COURT**

Carlos Suárez

By _____

**Deputy Clerk**